1  Michael Kind, Esq.
2  Nevada Bar No.: 13903
   **KIND LAW**
3  8860 South Maryland Parkway, Suite 106
4  Las Vegas, Nevada 89123
   (702) 337-2322
5  (702) 329-5881 (fax)
   mk@kindlaw.com
6  *Attorney for Plaintiff Rosa Castro*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Rosa Castro, | Case No.: 2:19-cv-02161-GMN-NJK |
|---|---|
| Plaintiff, | **Stipulation of dismissal with prejudice** |
| v. | |
| AmSher Collection Services, Inc., | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Rosa Castro and AmSher Collection Services, Inc. stipulate to dismiss this case with prejudice.

///
///
///

---

STIPULATION — 1 —

Each party will bear its own costs, disbursements, and attorney fees.

DATED February 24, 2020.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Rosa Castro*

**LINCOLN, GUSTAFSON & CERCOS, LLP**

/s/ Shannon G. Splaine
Shannon G. Splaine, Esq.
Lincoln, Gustafson & Cercos, LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
*Attorney for Defendant AmSher Collection Services, Inc.*

**IT IS SO ORDERED.**
Dated this 25 day of February, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

**Certificate of Service**

I hereby certify that on February 24, 2020, the foregoing Stipulation was filed and served by CM/ECF to all parties appearing in this case.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.